# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| **MATTHEW CHRISTENSEN,** <br> **KATHERINE KAESS CHRISTENSEN,** <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> **UNITED STATES,** <br><br> Defendant-Appellant | ) <br> ) <br> ) <br> ) <br> ) No. 24-1284 <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF PRINCIPAL COUNSEL

The undersigned hereby notifies the Court that I am withdrawing as principal counsel for the United States, appellant in this case.

/s/ Judith A. Hagley
JUDITH A. HAGLEY
Attorney for Appellant

## CERTIFICATE OF SERVICE

It is hereby certified that, on this 23rd day of January, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit using the CM/ECF system. Counsel for the appellees was served electronically by the Notice of Docket Activity transmitted by the CM/ECF system.

/s/ Judith A. Hagley
JUDITH A. HAGLEY
Attorney for Appellant