# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| MATTHEW CHRISTENSEN,<br>KATHERINE KAESS CHRISTENSEN, | )<br>)<br>) | |
| Plaintiffs-Appellees, | )<br>) | No. 2024-1284 |
| v. | )<br>) | |
| UNITED STATES, | )<br>) | |
| Defendant-Appellant | ) | |

## DECLARATION

Stuart E. Horwich, of London, England, states as follows:

I am counsel of record for the Appellees and responsible for filing their response brief to the Appellant's opening brief. The facts in support of, and the reasons for, the Appellees' request for a 30-day extension of time to file their response brief are true and correct to the best of my knowledge.

I declare under penalty of perjury, pursuant to 28 U.S.C. Sec. 1746, that the foregoing is true and correct. Executed this 26th day of April, 2024, in New York City, New York.

Respectfully submitted,

/s/ Stuart E. Horwich
Stuart E. Horwich
Attorney for Plaintiffs