NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MATTHEW CHRISTENSEN, KATHERINE KAESS CHRISTENSEN,**
*Plaintiffs-Appellees*

v.

**UNITED STATES,**
*Defendant-Appellant*

---

2024-1284

---

Appeal from the United States Court of Federal Claims in No. 1:20-cv-00935-MBH, Senior Judge Marian Blank Horn.

-------------------------------------------------

**PAUL BRUYEA,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellant*

---

2025-1563

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-00766-MHS, Judge Matthew H. Solomson.

## ON MOTION

Before WALLACH, *Circuit Judge.*

## O R D E R

Appellees move unopposed to designate the above-captioned appeals as companion cases, noting "each case involves the sole legal issue of whether a foreign tax credit is allowed to offset the net investment income tax under the applicable bilateral treaty." Mots. at 5.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The above cases shall be treated as companion cases and assigned to the same merits panel.

FOR THE COURT

April 15, 2025
Date

Jarrett B. Perlow
Clerk of Court